

**C**OURT OF **A**PPEALS FOR THE
**F**IRST **D**ISTRICT OF **T**EXAS AT **H**OUSTON

**O**RDER ON **A**PPELLANT'S
**M**OTION FOR EN **B**ANC **R**ECONSIDERATION

Appellate case name:      Walter Harvey Ballard, Jr.  **V.**  The State of Texas

Appellate case number:    01-15-00275-CR

Trial court case number:  1390115

Trial court:              183rd District Court of Harris County

Date motion filed:        October 5, 2017

It is ordered that the motion for reconsideration en banc is **DENIED.**

Judge's signature: /s/ Michael Massengale
                   ☐ Acting Individually ☒ Acting for the Court

En banc court consists of: Chief Justice Radack, and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Lloyd, and Caughey

Date: November 16, 2017